FINAL COURTRAN CRIMINAL DOCKET-ILL-N(CHICAGO) 08/28/92
CR-86-00572-01         U.-V.-FORT ETAL                     CR-86-00572-01    PAGE 1
                       as of 08/18/92 at 8:26 AM

Judge: JUDGE NORGLE                                  Case Filed: 10/30/86

Defendant:

D1  FORT, JEFF                                       Birthdate: 02/20/47

Aka: MALIK, CHIEF
     N, THE
     IMAM, THE
     WOOD, MR

Address: FED. CORRECTIONAL INSTITUTION
         BASTROP, TX

Dft ID: -16194

Pending counts:
 Racketeering, arson conspiracy, 18:371 (1)
 Racketeering, arson aid and abet., 18:2 (2)
 Racketeering, arson aid and abet.; 18:2 (3-4)
 Racketeering, arson, 18:2 1952(a)(3) (5-7)
 Racketeering, arson, 18:1952(a)(3) (8)
 Racketeering, arson, 18:1952(a)(3) (9-13)
 Racketeering, arson, 18:2 & 1952(a)(3) (14)
 Racketeering, arson, 18:1952(a)(3) (15-40)
 Explosives (except on vessel(s) 18:844(d) (41)
 Racketeering, arson, 18:1952(a)(3) (42-43)
 Firearms & weapons, 26:5861(d),5871 & 18:2 (44-46)
 Explosives (except on vessel(s) conspiracy..
   18:371 (S1)
 Racketeering, arson, 18:2 & 1952(a)(3) (S2-S7)
 Racketeering, arson, 18:1952(a)(3) (S8-S25)
 Racketeering, arson, 18:2 & 1952(a)(3) (S26)
 Racketeering, arson, 18:1952(a)(3) (S27)
 Racketeering, arson, 18:2 & 1952(a)(3) (S28)
 Racketeering, arson, 18:1952(a)(3) (S29-S39)
 Racketeering, arson, 18:2 & 1952(a)(3) (S40)
 Racketeering, arson, 18:1952(a)(3) (S41-S44)
 Explosives (except on vessel(s), 18:2 & 844(d)
   (S45)
 Racketeering, arson, 18:1952(a)(3) (S46-S47)
 Firearms & weapons, 26:5861(d) & 5871 & 18:2 (S48-
   S50)

Offense level (opening): FEL

Terminated counts:                                   Disposition

```
FINAL COURTRAN  CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92                            D03

CR-86-00572-01     US-V-FORT ETAL                 CR-86-00572-01         PAGE 2
                        as of 08/18/92 at 8:26 AM
-----------------------------------------------------------------------------
Firearms & weapons aid & abet,     (Count SS49) Dismissed on
   26:5861(d) & 5871, 18:2          govt's motion. 10/16/87
   (SS49)
Racketeering, arson                (Counts SS1-SS48,SS50) The
   conspiracy, 18:371 (SS1)         defendant is hereby
Racketeering, arson aid &           committed to teh custody of
   abet, 18:2 & 1952(a)(3)          the Attorney General or his
   (SS2-SS44), Explosives           authorized representative
   (except on vessels) aid &        for a period of FIVE (5)
   abet, 18:2 & 844(d) (SS45),      YEARS on count 1. IT IS
Racketeering, arson aid &           ADJUDGED that on each of
   abet, 18:2 & 1952(a)(3)          counts 2 through 44, 46 and
   (SS46-SS47), Firearms &          47 the defendant is hereby
   weapons aid & abet,              committed to the custody of
   26:5861(d) & 5871, 18:2          the Attorney General or his
   (SS48,SS50)                      aurhorized representative
                                    for imprisonment for a
                                    period of ONE (1) YEAR. IT
                                    IS ADJUDGED that on each of
                                    counts 45, 48 and 50 thfe
                                    defendant is hereby
                                    committed to teh custody of
                                    the Attorney General or his
                                    authorized representative
                                    for a period of TEN (10)
                                    YEARS. Said sentence on
                                    counts 1,2 through 44, 45,
                                    46, 47, 48 and 50 to run
                                    consecutive with each other
                                    and consecutive to any
                                    sentence the defendant is
                                    currently serving. (Total
                                    sentence 80 years). IT IS
                                    FURTHER ORDERED that the
                                    defendnat is fined in the
                                    sum of $150,000 on count 1.
                                    IT IS FURTHER ORDERED that
                                    thfe defendant is fined in
                                    the sum of $1,000 on each
                                    of counts 2 through 44, 46,
                                    and 47.  IT IS FURTHER
                                    ORDERED that the defendant
                                    is fined in the sum of $50,
                                    000 on count 45.  IT IS
                                    FURTHER ORDERED that the
                                    defendant is fined in the
                                    sum of $5,000 on each of
```

E03

FINAL COURTRAN  CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92

CR-86-00572-01                                              CR-86-00572-01    PAGE 3

U:-V-FORT ETAL
        as of 08/18/92 at 8:26 AM

counts 48 and 50. (Total fine $255,000) Pursuant to Title 18 USC Section 4205, subsection (6)(1), the court finds the ends of justice and the best interest of the public require that parole eligibility shall apply only after 25 years have been served. IT IS FURTHER ORDERED pursuant to 18 USC Section 3013 that the defendant is assessed the sum of $50 on each felony count for a total assessment of $2,450. The court orders commitment to the custody of the Attorney General and recommends, no telephone contact directly or indirectly with members of the El Rukn Organization. (12/29/87)

Offense Level (disposition): FEL

Total Jail: 960 Mo  Total Fine: $255,000.00

Defense Counsel:
GILLESPIE, TERENCE P
GENSON & STEINBACK
53 W. JACKSON BLVD. #1420
Chgo, IL  60604
728-6015

U S Attorneys:
DEADY, PATRICK
353-5300

```
FINAL COURTRAN   CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92                      C05
CR-86-00572-01                                     CR-86-00572-01      PAGE 31

                 UC-V-FORT ETAL      PROCEEDINGS
```

|  |  |  |
|---|---|---|
|  | 409 | Sentencing of defendant (Counts SS1-SS48,SS50) (The defendant is hereby committed to teh custody of the Attorney General or his authorized representative for a period of FIVE (5) YEARS on count 1. IT IS ADJUDGED that on each of counts 2 through 44, 46 and 47 the defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of ONE (1) YEAR. IT IS ADJUDGED that on each of counts 45, 48 and 50 thfe defendant is hereby committed to teh custody of the Attorney General or his authorized representative for a period of TEN (10) YEARS. Said sentence on counts 1,2 through 44, 45, 46, 47, 48 and 50 to run consecutive with each other and consecutive to any sentence the defendant is currently serving. (Total sentence 80 years) IT IS FURTHER ORDERED that the defendnat is fined in the sum of $150,000 on count 1. IT IS FURTHER ORDERED that thfe defendant is fined in the sum of $1,000 on each of counts 2 through 44, 46 and 47. IT IS FURTHER ORDERED that the defendant is fined in the sum of $50,000 on count 45. IT IS FURTHER ORDERED that the defendant is fined in the sum of $5,000 on each of counts 48 and 50. (Total fine $255,000) Pursuant to Title 18 USC Section 4205, subsection (6)(1), the court finds the ends of justice and the best interest of the public require that parole eligibility shall apply only after 25 years have been served. IT IS FURTHER ORDERED pursuant to 18 USC Section 3013 that the defendant is assessed the sum of $50 on each felony count for a total assessment of $2,450. The court orders commitment to the custody of the Attorney General and recommends, no telephone contact directly or indirectly with members of the El Rukn Organization.) (JUDGE NORGLE) (Dkt'd 01/06/88). |
| 01/04/88 |  | Issued judgment and commitment to U.S. Marshal (Counts SS1-SS48,SS50) (Dkt'd 01/06/88). |
| 01/05/88 | 415 | Filed notice of appeal (Counts SS1-SS48,SS50) (APPL#3); (sentence entered 12/29/87) (Dkt'd 01/06/88). |
| 01/07/88 | 421 | Notice of appeal and docket entries transmitted to USCA (APPL#3) (Dkt'd 01/07/88). |
|  | 424 | Motion filed (MOT#89) (to strike or in the alternative motion for continuance of sentencing date and to set briefing schedule. (nunc pro tunc 12/29/87)) (Dkt'd 01/08/88). |
|  | 425 | Motion by government filed (MOT#90) (to have the court impose a fixed date for Fort's eligibility for parole |

```
FINAL COURTRAN  CRIMINAL DOCKEILL-N(CHICAGO) 08/28/92
CR-86-00572-01                               CR-86-00572-01    PAGE 33
            US-V-FORT ETAL      PROCEEDINGS

10/23/90  467  Record returned from United States Court of Appeals (8 env.
               in camera, 6 vol. pldgs, 2 vol. exhibits, 7 black binders
               exhibits, 41 vol. transcripts. (entire record).) (Dkt'd
               10/24/90).
          468  Filed certified copy of order from U.S. Court of Appeals
               affirming judgment of U.S. District Court (APPLB3) (Dkt'd
               10/24/90).
          469  Filed opinion of USCA (Dkt'd 10/24/90).
...................................................................
End of docket
```