JEFF FORT, 92298-024
P.O. BOX 8500
FLORENCE, Co. 81226-8500

**FILED**

JAN 31 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Defendant In Pro Se

In The United States District Court
For The Northern District of Illinois
Eastern Division, Chicago

United States of America

Case No. 86-CR-572-CRN

-VS-

Defendant's Motion For A
Compassionate Release;
Affidavit of Jeff Fort;
Motion For The Appointment
Of Counsel; Exhibit #A
Thur #C; Certificate
Of Service

JEFF FORT, et, AL

Defendant

_Jeff Fort_

Defendant's Motion For A Compassionate Release

## I. Introduction

Comes Now Defendant, JEFF FORT, In Pro Se
(counsel) To hereby moves This Court with A motion
For Compassionate Release pursuant To Statute
18 U.S.C. § 3582(c)(1)(A)(i). Where Defendant has
Served over 30 years and He Is over The Age of 70;

And pursuant to the "First Step Act" of Pub,
Law, 115-391 § 404(b), 132 Stat, 5194, 5222(2018).

## II. Exhaustion

Defendant is asking this Court to reduce
his 80 years Sentence to Time-served after
serving 42 years flat, with 6 years of
accumulated Good-Time credit. See, i.g United
States vs. Nguyen, 2022 U.S. Dist. Lexis 150865
(Aug. 23. 2022); United States vs. Fairly, 2022
U.S. Dist. Lexis, 158267 (Sept. 1, 2022) ("credit
for Good-Time served").

Moreover, to be eligible for a compassionate
Release under § 3582(c)(1)(A)(i), Defendant
must have first "Fully exhausted all administrative
Rights to Appeal a failure of The Bureau of
Prisons to bring a motion on the Defendant's
behalf or the Lapse of 30 days from the Reciept
of such a Request by the Warden of the
the Defendant's Facility."

The Defendant had Submitted a written
Request for Compassionate Release to the Florence
Warden on November 21, 2022, which was denied
on December 21, 2022, see Exhibit #A (warden
Denial Letter). Therefore, Defendant has properly
exhausted his Administrative Remedies.

-2-

## II. Background

Defendant Fort, now 76 years old, has been incarcerated since 1981, at the FCI Prison in Bastop, Texas, where he was serving a 13 year sentence for "Conspiracy to purchase Marijuana" until he was further charged in 1984 on new federal charges from the Northern District of Illinois, with a fifty-count indictment.

On November 24, 1987, defendant was convicted on thirty-five counts of the fifty-count indictment for conspiring to commit a terrorist acts in the United States for money in violation of 18 U.S.C. § 371; travelling in interstate and foreign commerce with the intent to carry out arson, 18 U.S.C. §§ 2, and 1952 (a)(3); using interstate telephone facilities to carry out arson 18 U.S.C. §§ 2 and 1952 (a)(3); received an explosive device 18 U.S.C. §§ 2 and 844 (d); possession of unregistered firearm 26 U.S.C. §§ 5861 (d) and 5871 and 18 U.S.C. § 2.

Defendant was sentence to a concurrent 80 years where the U.S. Sentencing Guidelines were mandatory imposted by the court. Defendants co-defendants recieved between 60 to 9 year for the same crimes.

- 3 -

## VI. Rehabilitation

In 1987, the defendant was transferred from USP Marion, in Illinois, to USP Florence "ADX Florence", the Bureau of Prison's ("BOP") maximum-security prison in Colorado, the defendant's has been incarcerated at USP Florence since then. Affidavit of Jeff Fort, p. 1 Para 2

During his time there at ADX, the defendant has taken over a hundred of courses covering a wide range of subject. see Exhibit #B (Program classification sheet); Affidavit of Jeff Fort, p. 2 Para 3. Defendant is housed along with the most well-behaved inmates in what is known as the "HONOR UNIT," in UNIT-KB, Affidavit of Jeff Fort, p. 2 Para 4.

Defendant has NOT had any disciplinary infractions, although defendant is classified as a "High Security Level" inmate with maximum custody. He has established a good rapport with staff and is not considered a management problem. see, Exhibit #C (Security custody sheet); Affidavit of Jeff Fort, p. 2 Para 5.

## IV. Rehabilitation

Since, being incarcerated at the ADX prison. Defendant has given good counseling to other prisoner and young prisoner to help them turn their life around. AFFIDAVIT OF JEFF FORT, p. 2 PARA 6.

Defendant has turned his own Religious life and beliefs around. Defendant has Repended for his sins and has Remorse for the crimes he had committed. AFFIDAVIT OF JEFF FORT, p. 2 PARA 7.

## V. Arguments

### A. Extraordinary And Compelling Reasons

Extraordinary and Compelling Reasons warrant Defendant's Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Here, Defendant suffers from "Serious health Conditions" and faces a specialized risk from covid-19 due to his pre-existing conditions.

Defendant suffers from Hypertension (high Blood Pressure), Hyperlipidemia (high cholesterol), Coronary artery disease, A stag II Diabaic,

- 5 -

And Obesity. AFFIdAVIT OF JEFF FORT, p. 2 PARA 8 . These serious medical conditions persist, as does his vulnerability to Covid-19. In Addition to his chronic medical conditions, REFLect his "deteriorating physical health" due to the Aging process which will significantly Limit his Ability to provide "Self-care" within the BOP. See, U.S.S.G. § 1B1.13 App NOTE 1 (A), Thus WARRANTing his compassionate Release.

Defendant Also continues to Face Substantial risk from Covid-19 based on his Age And medical conditions.

However, District Courts Are "Empowered ...To consider Any extraordinary and Compelling REAsons For Release That A Defendant may Raise." U.S. vs McCoy, 981 F.3d. 271, 284, (4th cir, 2020)(quoting, U.S. vs Brooker, 976 F.3d. 228, 230 (2d cir, 2020)).

The policy Statement under § 1B1.13 cmt, N.1 (A), Also States That A Defendant's Age Can be An extraordinary And compelling REAson IF "the Defendant (i) Is At Least 65 years old; (ii) Is experiencing a Serious deterioration In Physical OR Mental health because of The Aging process; And has Served At Least 10 years OR 75 percent OF his OR her Term OF Imprisonment whichever Is Less". U.S.S.G. § 1B1.13 cmt, N 1 (B).

- 6 -

These are not elements that the defendant must establish to justify release; rather, they "permit a fact-specific, flexible analysis of potentially extraordinary and compelling reasons for release that turns on the defendant's age and the particular conditions and circumstances presented by his physical and mental health." U.S. vs. Greene, 516 F. Supp. 3d, 1, 23 (D.D.C. 2021).

Although, defendant's deteriorating health fits mostly within the Sentencing Commission's Policy Statement, it is the combination of his age at 76, and the extraordinary length of time of continuously in prison since 1981 (nearly 50 years), and the deteriorating health that justify a significant reduction in his sentence. In McCoy, the Fourt Circuit explicitly approved the District Courts consideration of "the sheer and unusual length of sentence." Id 981 F. 3d. at 285.

Here, defendant's near 50 year prison term- with 36 years of which have been in the austere conditions of a maximum - security prison - is certainly unusual, as it is almost twice as long as a federal sentence imposed for murder. See, U.S. vs. Bryant, No. 95-202-CCB-3, 2020 WL. 208547, at 5 N.8 (D. md. Apr. 30, 2020)

Being That Defendant has Spent Virtually his entire Adult Life In prison — Mitigates Any concerns that his Sentence does NOT Reflect The Seriousness of his Offense. See, UNITED STATES vs. Mumford, 544 F. Supp. 3d. 615, 619-20 (E. D. VA. 2021) ("Finding That Reducing Defendant's Sentence In No Way diminishes The Seriousness of The Offenses" given that Defendant had Already been Incarcerated For more Than 25 consecutive years).

Most Importantly, Here If Defendant Fort were Sentence Today, not only would his Sentencing Guideline "Range" be Advisory pursuant To The Supreme Court's 2005 decision In U.S. vs. Booker, 543 U.S. 222 (2005).

Moreover, Defendant Fort has been In Custody For more than 42 years Since his 1981 conviction which equivalent To A 49 year Sentence with his Good-Time Credits. In short, The Sheer And unusual Length of The Sentence That Defendant Fort Recieved In This Case more Then 36 years Ago, coupled with The Total Length of Time That he has been In continuous Custody Since 1981, nearly 50 years, of his entire Adult Life — present An Extraordinary And Compelling Reasons

WARRANTING his early Release. See, UNITED STATES VS. SCRUGGS, 3:99 - CR-200-REP, (July 22, 2021)(GRANTING COMPASSIONATE Release To deFendant Sentenced To LiFe Imprisonment For Role In CARJACKing death, STATING " IF The guidelines had NOT been mandatory AT The Time oF DeFendant's Sentencing The Court would not have Imposed A LiFe Sentence")

While There IS NO dispute Regarding The Seriousness OF DeFendant PORT prior Criminal conduct, he has dedicated himself To ALL Rehabilitation over his LAST decades while In the BOP/ADX despite being detained under The harshest Conditions oF Confinement within The BOP And AT ADX FLorence.

B. Family Ties And Support System

DeFendant continues To enJoy The Support oF FRiends And FAmily, who welcomes his RETURN To ILLinois And WiLL do What They can To provide Support.

DeFendant has Adult childern Who Also have Thier own childern Who would Like To Spend The LAST days with Their GRandFATher.

Given the length of time that defendant has been in custody. Much of his immediate family is deceased. Defendant wishes to take the time to rekindle his personal relationship with his children and to forge a new relationship with his grandchildren who were born after his incarceration.

If the court were to grant defendant's to time-served. He could return to the state of Illinois and see his family often. Which is his plan for re-entry into society.

## VI. Conclusion

For the reasons stated above defendant respectfully request that this court grant him a compassionate release pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i) and under the "First Step Act" Pub. Law. 115-391 § 404(b), 132 Stat. 5194, 5222 (2018) and that his 80 year sentence be reduced to a term of time-served.

Respectfully Submitted

Dated: Florence, CO. January 23, 2023

Jeff Fort
JEFF FORT, Pro Se

— 10 —

In THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION, Chicago

UNITED STATES OF AMERICA

CASE NO. 86-CR-572-CRN

- VS -

AFFIDAVIT OF JEFF FORT

JEFF FORT, ET, AL
        DEFENDANT

ÀFFIDAVIT OF JEFF FORT

I, JEFF FORT, Hereby deposes And Says under
The penalty OF PERJURY THAT THE FOREGOING STATEMENTS
ARE TRUE And CORRECT To THE best OF my knowledge:

1. That I am THE DEFENDANT In THIS CASE
PROCEEDING In PRO SE (COUNSEL) WITH THE ASSISTANCE
OF INMATE, SABIL MUJAHID, 12825-006 To help me
RESEARCH, DRAFT, And MAIL OFF my MOTIONS To THE
COURT.

2. In 1987 DEFENDANT WAS TRANSFERRED FROM
USP MARION In ILLINOIS To USP FLORENCE "ADX"
And He has been In ADX Since Then.

3. Since being AT ADX, The DeFendant has TAKing over A hundered and FiFTy courses OF educATion covering A wide RIange OF SubjecTs.

4. DeFendant Is housed Along With The most well-behaved InmATes Known As The "Honor unIT," In UNIT- KB

5. DeFendant has noT had Any disciplinARy InFRAcTion convicTion. He has A good RAppoRT WiTh STAFF and oTher InmATes. He Is NoT A mAnagemenT Problem.

6. DeFendanT has given good counseLing To The oTher young InmATes To help Them TuRN There LiFe ARound.

7. DeFendant has Turned his own Religious LiFe and belieFs ARound. He has Repended FoR his Sins And has RemoRse FoR ALL The CRimes He has CommiTTed.

8. DeFendant SuFFeR FRom HypeRTension, HypeRLipidemia, CoRonARy ARTeRy diseAse, STag II DIAbBic And ObesiTy.

Further AFFAInT Sayth Nought

DATed: FLoRence, ColoRAdo, JANuARy 23, 2023

Jeff Fort

JeFF FoRT, PRoSe

— 2 —



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Florence, Colorado

*5880 State Highway 67 South*
*P.O. Box 8500*
*Florence, CO 81226*

December 21, 2022

Jeff Fort
Register Number 92298-024

Dear Inmate Fort,

You requested a reduction in sentence (RIS) based on being incarcerated for 32 years, being 75 years old with high blood pressure and other medical conditions and concerns regarding COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances which present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

Medical staff have completed a Reduction in Sentence Eligibility Review and have determined you do qualify for a RIS based upon being an elderly inmate with a medical condition. Although you do meet the minimum criteria in Section 4.b. for Elderly Inmates with Medical Conditions, other factors are considered and evaluated under Program Statement 5050.50, which include the nature and circumstances of your offense, your criminal history, institutional adjustment, disciplinary infractions, personal history derived from your Pre-Sentence Report, release plans and whether your release would minimize the severity of your offense. Your convictions for Interstate Transport of Aid in Racketeering Enterprises, Transfer of Explosives and Unlawful Possession of a Weapon, your leadership role in the El Rukin criminal organization, and your detainer with the state of Illinois for a 75 year consecutive sentence for Murder were considered in this decision. Additionally, you have not provided a release plan, or how you will support yourself upon release. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

Sincerely,

A. Ciolli
Complex Warden

( Exhibit "A" )

1 - Page



| Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 00128973 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 12-18-2020 |
| Plan is for inmate: FORT, JEFF  92298-024 | |

| | | | | |
|---|---|---|---|---|
| Facility: | FLM FLORENCE ADMAX USP | Proj. Rel. Date: | 10-14-2044 |
| Name: | FORT, JEFF | Proj. Rel. Mthd: | MAND REL |
| Register No.: | 92298-024 | DNA Status: | FLM02347 / 03-09-2011 |
| Age: | 73 | | |
| Date of Birth: | 02-20-1947 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ILLINOIS | 75 YEARS CONSECUTIVE SENTENCE - MURDER (815)727-6141 |

### Pending Charges

DETAINER NO..: 001
DATE LODGED..: 12-07-1988
JURISDICTION.: STATE OF ILLINOIS
AUTHORITY....: ILLINOIS DEPARTMENT OF CORRECTIONS (JOILET)
CHARGES......: 75 YEARS CONSECUTIVE SENTENCE - MURDER

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLM | UNASSGN | UNASSIGNED | 12-04-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLM | ESL HAS | ENGLISH PROFICIENT | 07-16-1991 |
| FLM | GED DN | DROPPED GED NON-PROMOTABLE | 09-23-2008 |
| FLM | GED UNSAT | GED PROGRESS UNSATISFACTORY | 09-23-2008 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FLM | | CHANGING BODY COMP W/DIET/EXER | 10-12-2020 | CURRENT |
| FLM | | ACE SCIENCE OF NATURAL HEALING | 11-03-2020 | CURRENT |
| FLM | | ACE UNDERSTANDING INVESTMENTS | 11-09-2020 | CURRENT |
| FLM | C | STRATEGIC THINKING SKILLS | 08-17-2020 | 11-07-2020 |
| FLM | C | EFFECTIVE COMMUNICATION SKILLS | 08-11-2020 | 11-01-2020 |
| FLM | C | HOW THE WORLD LEARNS | 07-20-2020 | 10-10-2020 |
| FLM | C | THE PASSIONS :PHILOSOPHY | 05-25-2020 | 08-15-2020 |
| FLM | C | THE SPIRITUAL BRAIN | 05-19-2020 | 08-08-2020 |
| FLM | C | THE ART OF TEACHING | 04-27-2020 | 07-18-2020 |
| FLM | C | GEOGRAPHY ACE CLASS | 03-09-2020 | 05-23-2020 |
| FLM | C | THERMODYNAMICS ACE CLASS | 02-25-2020 | 05-16-2020 |
| FLM | C | ENGLISH GRAMMAR BOOT CAMP ACE | 02-03-2020 | 04-25-2020 |
| FLM | C | ZOOLOGY ACE CLASS | 12-16-2019 | 03-07-2020 |
| FLM | C | THE CELTIC WORLD ACE CLASS | 12-03-2019 | 02-22-2020 |
| FLM | C | ACE FORENSIC HISTORY | 11-11-2019 | 02-01-2020 |
| FLM | C | WEATHER ACE CLASS | 09-23-2019 | 12-14-2019 |
| FLM | C | THE WEST ACE CLASS | 09-17-2019 | 11-30-2019 |
| FLM | C | DEADLIEST CATCH SEASON 3 | 08-19-2019 | 11-09-2019 |
| FLM | C | UNDERSTANDING IMPERIAL CHINA | 07-01-2019 | 09-21-2019 |
| FLM | C | PHILOSOPHY | 06-25-2019 | 09-14-2019 |
| FLM | C | GREAT ANCIENT CIVILIZA OF ASIA | 05-20-2019 | 08-17-2019 |
| FLM | C | THE PHYSICS OF HISTORY | 04-08-2019 | 06-29-2019 |
| FLM | C | NEW YORK YANKEES FILM | 02-26-2019 | 06-22-2019 |
| FLM | C | ESPN 30/30 VOLUME 3 | 02-18-2019 | 05-18-2019 |
| FLM | C | PATTON 360 | 01-28-2019 | 04-06-2019 |
| FLM | C | DEADLIEST CATCH 2 | 12-04-2018 | 02-23-2019 |
| FLM | C | THE SIXTIES | 12-10-2018 | 02-16-2019 |
| FLM | C | SHARK WEEK 2014 | 11-05-2018 | 01-26-2019 |
| FLM | C | ESPN 30/30 VOLUME 2 PART 1 | 10-15-2018 | 12-08-2018 |
| FLM | C | ESPN 30/30 VOLUME 2 PART 2 | 10-16-2018 | 12-01-2018 |

( Exhibit #2 )

3 · Page



**Individualized Needs Plan - Program Review**   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: FORT, JEFF   92298-024

SEQUENCE: 00128973

Team Date: 12-18-2020

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| FLM | C | LOST CITIES | 01-25-2012 | 03-20-2012 |
| FLM | C | BRIEF WORLD HISTORY PART 2 | 01-05-2012 | 03-07-2012 |
| FLM | C | FACES OF FREEDOM | 11-09-2011 | 01-24-2012 |
| FLM | C | BRIEF WORLD HISTORY PART 1 | 11-03-2011 | 01-04-2012 |
| FLM | C | AMERICAN EXPERIENCE - PART 5 | 08-17-2011 | 11-08-2011 |
| FLM | C | SOLAR SYSTEM | 08-11-2011 | 11-02-2011 |
| FLM | C | AMERICA AT WAR - PART 3 | 06-08-2011 | 08-16-2011 |
| FLM | C | THE HUMAN BODY | 05-19-2011 | 08-10-2011 |
| FLM | C | LEGENDS OF THE SILVER SCREEN | 03-16-2011 | 06-07-2011 |
| FLM | C | GREAT PRESIDENTS - PART 2 | 02-24-2011 | 05-18-2011 |
| FLM | C | THE UNIVERSE - PART 2 | 12-22-2010 | 03-15-2011 |
| FLM | C | GREAT PRESIDENTS - PART 1 | 12-02-2010 | 02-23-2011 |
| FLM | C | AMERICA AT WAR - PART 2 | 10-13-2010 | 12-21-2010 |
| FLM | C | MATH FROM THE VISUAL WORLD | 09-09-2010 | 12-01-2010 |
| FLM | C | 500 NATIONS | 08-18-2010 | 10-12-2010 |
| FLM | C | BOOKS THAT MADE HISTORY 2 | 07-08-2010 | 09-08-2010 |
| FLM | C | AMERICA AT WAR - PART 1 | 05-26-2010 | 08-17-2010 |
| FLM | C | BOOKS THAT MADE HISTORY 1 | 05-06-2010 | 07-07-2010 |
| FLM | C | THE UNIVERSE - PART 1 | 03-03-2010 | 05-25-2010 |
| FLM | C | PELOPONNESIAN WAR - PART 2 | 03-04-2010 | 05-05-2010 |
| FLM | C | PELOPONNESIAN WAR - PART 1 | 12-31-2009 | 03-03-2010 |
| FLM | C | BITS OF HISTORY | 12-09-2009 | 03-02-2010 |
| FLM | C | HISTORY OF SCIENCE - PART 2 | 10-29-2009 | 12-30-2009 |
| FLM | C | BATTLES OF THE ANCIENT WORLD | 10-14-2009 | 12-08-2009 |
| FLM | C | HISTORY OF SCIENCE - PART 1 | 08-27-2009 | 10-28-2009 |
| FLM | C | ENGINEERING AN EMPIRE | 07-22-2009 | 10-13-2009 |
| FLM | C | BIOLOGY & HUMAN BEHAVIOR | 06-04-2009 | 08-26-2009 |
| FLM | C | NOVA | 04-29-2009 | 07-21-2009 |
| FLM | C | HISTORY OF NUMBERS | 03-12-2009 | 06-03-2009 |
| FLM | C | HISTORY OF WORLD WAR II | 02-18-2009 | 04-28-2009 |
| FLM | C | HISTORY OF EUROPEAN ART PART 2 | 12-18-2008 | 03-11-2009 |
| FLM | C | ARCHITECTURAL WONDERS | 12-24-2008 | 02-17-2009 |
| FLM | C | HISTORY OF EUROPEAN ART PART 1 | 09-25-2008 | 12-17-2008 |
| FLM | C | AMERICAN EXPERIENCE PART 4 | 10-01-2008 | 12-23-2008 |
| FLM | C | WAR OF 1812 & LIFE OF HITLER | 07-23-2008 | 10-01-2008 |
| FLM | C | SCIENCE WARS | 07-03-2008 | 09-24-2008 |
| FLM | W | GED PROGRAM | 08-23-2006 | 09-23-2008 |
| FLM | C | AMERICAN EXPERIENCE - PART 3 | 04-30-2008 | 07-22-2008 |
| FLM | C | THE VIKINGS - PART 2 | 05-01-2008 | 07-02-2008 |
| FLM | C | THE VIKINGS - PART 1 | 02-28-2008 | 04-30-2008 |
| FLM | C | TEN DAYS THAT CHANGED AMERICA | 02-20-2008 | 04-29-2008 |
| FLM | C | FAMOUS ROMANS | 12-06-2007 | 02-27-2008 |
| FLM | C | BIOG: EXPLORERS & EARLY AMERIC | 11-14-2007 | 02-19-2008 |
| FLM | C | FAMOUS GREEKS | 09-13-2007 | 12-05-2007 |
| FLM | C | JAZZ - PART 2 | 09-05-2007 | 11-13-2007 |
| FLM | C | A HISTORY OF IMPRESSIONISM | 06-21-2007 | 09-12-2007 |
| FLM | C | JAZZ - PART 1 | 06-27-2007 | 09-04-2007 |
| FLM | C | PHYSICS IN YOUR LIFE - PART 2 | 04-19-2007 | 06-20-2007 |
| FLM | C | THE AMERICAN EXPERIENCE-PART 2 | 04-04-2007 | 06-26-2007 |
| FLM | C | PHYSICS IN YOUR LIFE - PART 1 | 02-15-2007 | 04-18-2007 |
| MAR | W | GED VIDEO IN CELL SELF STUDY | 09-10-1999 | 08-11-2006 |
| MAR | C | USP PARENTING PROGRAM | 01-31-2005 | 05-02-2005 |
| MAR | C | ACE/CIVIL RIGHTS HIST. PT I | 01-31-2005 | 04-11-2005 |
| MAR | C | ACE/EARTH REVEALED/GEOLOGY | 09-07-2004 | 12-03-2004 |
| MAR | C | ACE/CURRENT EVENTS SPRING SEM | 03-01-2002 | 06-03-2002 |
| MAR | C | ACE WEST TRADITION HISTORY PT1 | 03-01-2002 | 06-03-2002 |
| MAR | C | ACE MICROBIOLOGY/UNSEEN LIFE | 07-09-2001 | 09-28-2001 |

( Exhibit #B )



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex Florence
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

December 6, 2022

MEMORANDUM FOR     JEFF FORT, REG. NO. 92298-024

FROM:     A. Ciolli, Complex Warden

SUBJECT:     **Correspondence Restrictions**

Your correspondence restrictions are due for a 6-month review pursuant to 28 C.F.R. 540. It has been determined that your current correspondence restrictions are to be amended. You are now allowed to communicate with all members of your immediate family.

The renewed restrictions are:
- Your general correspondence will include immediate family members (Per your PSI).
- Visiting and phone calls with immediate family members only (Per your PSI).
- Your phone calls will no longer be live-monitored by SIS.

Failure to comply with the aforementioned will result in immediate revocation of this authorization and may result in disciplinary action. A 6-month review will be conducted from the date of this notice pursuant to 28 C.F.R. 540.15. If you wish to appeal this decision, you may do so under the Administrative Remedy Program.

Received:   December ___, 2022

Jeff Fort, Reg. No. 92298-024

( EXhibit #c )

| NOTICE OF INMATE RESTRICTIONS<br>U.S. DEPARTMENT OF JUSTICE | USP- ADMINISTRATIVE MAXIMUM, FLORENCE, COLORADO<br>FEDERAL BUREAU OF PRISONS |
|---|---|

| INMATE NAME (LAST, First):<br>Fort, Jeff | REGISTER NUMBER:<br>92298-024 | UNIT/QUARTERS:<br>K04-204L |
|---|---|---|

**TYPE OF NOTIFICATION:**
☐ Amended
X  6 Month Review (BOP sanction only)
☐ 120 Day Review (Special Administrative Measure only)
☐ All restrictions removed   ☐ Other:

**TYPE OF RESTRICTION:**
☐ Sanction for prohibited act, (report or memo attached) *28 C.F.R. § 541, Subparts A&B*
☐ Judicial court order (attached), *18 U.S.C. § 3582(d)*
☐ Special Administrative Measure imposed by U.S. Attorney General, *28 C.F.R. § 501.3*
X Other: General Correspondence Restriction

**LENGTH OF RESTRICTION FROM EFFECTIVE DATE:**
X Indefinite (with periodic review) Review in 6 months   ☐ Other:

*These restrictions are appealable using the Administrative Remedy Program, 28 C.F.R. § 542*

**GENERAL CORRESPONDENCE:** *Pursuant to 28 C.F.R. § 540, Subparts A, B and F*

☐ No restriction to general correspondence
☐ You are prohibited from ALL general correspondence
☐ You are prohibited from corresponding with the following individuals:
X You are permitted to correspond with the following individuals: Immediate Family Members only (per the PSI)
☐ You are permitted to correspond in the English language only

**SPECIAL/LEGAL MAIL:** *Pursuant to 28 C.F.R. § 540, Subparts A & B*
X No restriction to special/legal mail
☐ You are permitted to correspond with the courts, but these attorneys only:
☐ You are prohibited from corresponding with the following individuals:
☐ Other: Restricted Special Mail status, pursuant to 28 C.F.R. § 540.18(c)(2)(i)
☐ Rationale:

**TELEPHONE (Court Ordered or SAM only):** *Pursuant to 28 C.F.R. § 540, Subpart I*
☐ No restriction to telephone calls
☐ You are not permitted telephone calls to:
X You are permitted telephone calls only to: Immediate Family Members (per the PSI)
☐ Other:

**VISITING/MEDIA (Court Ordered or SAM only):** *Pursuant to 28 C.F.R. § 540, Subparts D & E*
☐ No restriction to social visiting privileges
☐ You are prohibited from media interviews
☐ You are prohibited from all social visits
X You are permitted to visit with the following individuals only: Immediate Family Members (per the PSI)
☐ You are prohibited from visiting with the following individuals:

**OTHER JUDICIAL ORDER OR SPECIAL ADMINISTRATIVE MEASURE RESTRICTIONS:**

| Unit Manager Review: Printed Name/Signature<br>C. Harvey, Unit Manager | Legal Services Review: Printed Name/Signature<br>C. Synsvoll, Supervisory Attorney |
|---|---|
| Associate Warden (P) Review: Printed Name/Signature<br>E. Jackson, Associate Warden | |
| Warden: Printed Name/Signature<br>A. Ciolli, Complex Warden | Effective Date: 12/1/2022 |

| Inmate Printed Name/Signature<br>Fort, Jeff | Register Number<br>92298-024 | Date 12-14-22 |
|---|---|---|
| Printed Name/Signature of Staff Witness | | |

You may seek a formal review of this decision through the Federal Bureau of Prisons' Administrative Remedy Procedure.  The procedure requires that you first address your complaint to the Warden.  If dissatisfied with that response, you may appeal your complaint to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66201-2492.   If dissatisfied with the Regional Director's response, your may appeal to the Director, National Inmate Appeals, in the Office of the General Counsel in Washington D.C.
**Distribution: Original - Central File; cc - Inmate, Mail Room, Legal Services**

( Exhibit #C )

Name: Sabil Mujahid

Reg No: 12825-006

U.S. Penitentiary MAX

P.O. Box 8500

Florence, CO. 81226-8500

AB-310

1-23-23

Legal-Mail

THE CLERK OF THE COURT FOR THE
UNITED STATES COURTHOUSE
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION, CHICAGO
219 SOUTH DEARBORN STREET, 20th FLOOR
CHICAGO, ILLINOIS, 60604







FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226    JAN 2 4 2023

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Special mail/Legal mail



